Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Modern Metal Products Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA The Homer D. Bronson Co.; DBA H.D. Bronson Co.;**<br>**DBA Northern Illinois Metal Finishing** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-2057489** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**726 Beacon Street**<br>**Loves Park, IL**<br>ZIP Code **61111** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07) FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Modern Metal Products Co.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - **None** - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - **None** - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. If urther certify that Id elivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                           FORM B1, Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Modern Metal Products Co.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only one box.) <br> ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney** <br><br> X **/s/ R. Scott Alsterda** <br> Signature of Attorney for Debtor(s) <br> **R. Scott Alsterda 3126771** <br> Printed Name of Attorney for Debtor(s) <br> **Ungaretti & Harris LLP** <br> Firm Name <br> **3500 Three First National Plaza** <br> **Chicago, IL 60602** <br><br> Address <br><br> **312-977-9203  Fax: 312-977-4405** <br> Telephone Number <br> **December 1, 2008** <br> Date | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X **/s/ David Ewing** <br> Signature of Authorized Individual <br> **David Ewing** <br> Printed Name of Authorized Individual <br> **President** <br> Title of Authorized Individual <br> **December 1, 2008** <br> Date | |

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MODERN METAL PRODUCTS CO. | ) | Case No. 08-_____ |
| | ) | Hon. Manuel Barbosa |
| Debtor. | ) | |
| | ) | |

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, David L. Ewing, declare under penalty of perjury that I am the President of Modern Metal Products Co. (the "Corporation"), and that the following is a true and correct copy of the resolutions adopted by Consent in Lieu of a Special Meeting of the Board of Directors on the 30th day of November, 2008.

"WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that David L. Ewing, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court for the Northern District of Illinois in the Western Division (the "Court") on behalf of the Corporation;

BE IT FURTHER RESOLVED, that David L. Ewing, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case;

BE IT FURTHER RESOLVED, that David L. Ewing, President of this Corporation is authorized and directed to employ R. Scott Alsterda, attorney and the law firm of Ungaretti & Harris LLP to render legal services to and to represent the Corporation in such bankruptcy case and any other related matters in connection therewith, on such terms as the Director shall approve;

BE IT FURTHER RESOLVED, that David L. Ewing, President of this Corporation is authorized and directed to employ the business and financial advisors of Crossroads Management Group LLC to advise and assist the Corporation in connection with such bankruptcy case and any other related matters in connection therewith, on such terms as the Director shall approve;

BE IT FURTHER RESOLVED, that David L. Ewing, President of this Corporation is authorized and directed to retain on behalf of the Corporation, such other professionals as may be necessary, including, without limitation, an accounting professional, in connection with such

1264410-1

bankruptcy case and any other related matters in connection therewith, on such terms as such the Director shall approve;

BE IT FURTHER RESOLVED, that David L. Ewing, President of this Corporation is hereby authorized and empowered to take any and all such further actions and to execute and deliver any and all such further instruments and documents and to pay all resulting or related expenses, in each case as in his judgment shall be necessary or desirable, in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and

BE IT FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any officer of the Corporation in connection with the reorganization and recapitalization of the Corporation or any matter or matters related thereto, or by virtue of these Resolutions, are hereby ratified, confirmed and approved in all respects."

Date: November 30, 2008      Signed: _____
                                     David L. Ewing
                                     President and Sole Director
                                     Modern Metal Products Co.

1264410-1                              2

# CONSENT IN LIEU OF A SPECIAL MEETING
# OF THE BOARD OF DIRECTORS
# OF MODERN METAL PRODUCTS CO.

The undersigned, being the sole director ("Director") of MODERN METAL PRODUCTS CO., an Illinois corporation (the "Corporation"), in lieu of holding a special meeting, hereby ratifies, approves, and adopts the following resolutions by unanimous written consent pursuant to Section 8.45 of the Business and Corporation Act of the State of Illinois:

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that David L. Ewing, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court for the Northern District of Illinois in the Western Division (the "Court") on behalf of the Corporation;

BE IT FURTHER RESOLVED, that David L. Ewing, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case;

BE IT FURTHER RESOLVED, that David L. Ewing, President of this Corporation is authorized and directed to employ R. Scott Alsterda, attorney and the law firm of Ungaretti & Harris LLP to render legal services to and to represent the Corporation in such bankruptcy case and any other related matters in connection therewith, on such terms as the Director shall approve;

BE IT FURTHER RESOLVED, that David L. Ewing, President of this Corporation is authorized and directed to employ the business and financial advisors of Crossroads Management Group LLC to advise and assist the Corporation in connection with such bankruptcy case and any other related matters in connection therewith, on such terms as the Director shall approve;

BE IT FURTHER RESOLVED, that David L. Ewing, President of this Corporation is authorized and directed to retain on behalf of the Corporation, such other professionals as may be necessary, including, without limitation, an accounting professional, in connection with such bankruptcy case and any other related matters in connection therewith, on such terms as such the Director shall approve;

BE IT FURTHER RESOLVED, that David L. Ewing, President of this Corporation is hereby authorized and empowered to take any and all such further actions and to execute and deliver any and all such further instruments and documents and to pay all resulting or related expenses, in each case as in his judgment shall be necessary or desirable, in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and

1264410-1

BE IT FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any officer of the Corporation in connection with the reorganization and recapitalization of the Corporation or any matter or matters related thereto, or by virtue of these Resolutions, are hereby ratified, confirmed and approved in all respects.

The actions taken by this consent shall have the same force and effect as if taken by the undersigned at an organization meeting of the Board of Directors of the Corporation duly called and constituted pursuant to the laws of the State of Illinois and the Corporation's By-Laws.

DATED: November 30, 2008.

_____
David L. Ewing, the sole director

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MODERN METAL PRODUCTS CO. | ) | Case No. 08-_____ |
| | ) | Hon. Manuel Barbosa |
| Debtor. | ) | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............... | a security retainer in the amount of $47,739.45 and all fees and expenses to be paid at normal and customary rates subject to court approval. |
| Prior to the filing of this statement, I have received...... | $182,407.67 |
| Balance Due (Prepetition)................................. | $0.00 |

2. The source of the compensation paid to me was: <u>the Debtor</u>.

3. The source of compensation to be paid to me is: <u>the Debtor</u>.

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a. Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file a petition in bankruptcy;

  b. Preparation and filing of any petition, schedules, statement of financial affairs and plan which may be required;

  c. Representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned matters thereof;

  d. Representation of the Debtor in adversary proceedings and other contested bankruptcy matters; and

1271843-1

e. Representation of the Debtor in all matters related to the chapter 11 case pursuant to the terms of the order authorizing the employment of Ungaretti and Harris LLP.

6. By agreement with the Debtor, the above-disclosed fee does not include the following service: (no exceptions at this time)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy proceeding.

Dated: December 1, 2008

/s/ R. Scott Alsterda
R. Scott Alsterda
Ungaretti and Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
312-977-9203   Fax: 312-977-4405
rsalsterda@uhlaw.com

1271843-1                                       2

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Modern Metal Products Co.**                                    Case No. _____

                                    Debtor(s)                            Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Applied Tech Industries<br>50271 East Russell Schmidt<br>Chesterfield, MI 48051 | Roger Berry<br>50271 East Russell Schmidt<br>Chesterfield, MI 48051<br>(586) 949-2735 | Outside Coating | | 65,751.79 |
| Coilplus-Connecticut<br>Box 83168<br>Woburn, MA 01813-3168 | Lance Haggerty<br>Box 83168<br>Woburn, MA 01813-3168<br>(203) 597-5115 | Cold Rolled Steel | | 183,688.55 |
| Endpoint Inc.<br>1319 Cunningham Street<br>Rockford, IL 61102 | Greg Nausner<br>1319 Cunningham Street<br>Rockford, IL 61102<br>(815) 962-4910 | Chemicals for NIMF | | 129,197.48 |
| GFM Corporation<br>15585 Sturgeon<br>Roseville, MI 48066 | K. Pieters<br>15585 Sturgeon<br>Roseville, MI 48066<br>(586) 777-4542 | Feinblanking | | 358,420.05 |
| International Manufacturing Solutio<br>Calle Mayas 7710<br>Parque Indust. Fernandez,<br>Cd. Juarz<br>Chihuahua, Mexico | K. Alan Russell<br>Calle Mayas 7710<br>Parque Industrial Fernandez<br>Cd. Juarez, Chihuahua, Mexico<br>(915) 534-4252 | Premises and Shelter Services Agreement | | 180,649.94 |
| Joseph T. Ryerson & Son, Inc.<br>P.O. Box 360208 M<br>500 Ross Street 154-0456<br>Pittsburgh, PA 15251 | Abe Airoso<br>P.O. Box 360208 M<br>500 Ross Street 154-0456<br>Pittsburgh, PA 15251<br>(978) 784-2800 | Stainless Steel Sheet | | 417,684.83 |
| Korean Modern Metal Co. Ltd.<br>#155 Chogok-RI, Jangma-Myeon<br>Changnyeong-gun,<br>Gyeongsangnam-do<br>South Korea | C.H. Kim<br>#155 Chogok-RI, Jangma-Myeon<br>Changnyeong-gun, Gyeongsangnam-do<br>South Korea<br>055-521-3081 (Int'l No.) | Purchased Parts for Finished Goods | | 1,183,336.80 |
| Lexington Steel<br>1998 Reliable Parkway<br>Chicago, IL 60686 | Bob Phillips<br>1998 Reliable Parkway<br>Chicago, IL 60686<br>(708) 325-1911 | Steel Coils | | 727,052.34 |

In re   **Modern Metal Products Co.**                                                       Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Manufacturas Estampadas, S.A. Juan Ruiz de Alarcon 305 Complejo Industrial Chihuahua Chihuahua, Mexico, CP 31109 | Johana Torres Juan Ruiz de Alarcon 305 Complejo Industrial Chihuahua Chihuahua, CHIH MEXICO  31109 52-14-811449 (Int'l No.) | Contract Metal Stamping | | 128,104.85 |
| O'Neal Flat Rolled Metals Lock Box #7281  P.O. Box 8500 Philadelphia, PA 19178-7281 | Tim, Purchasing Department Lock Box #7281 P.O. Box 8500 Philadelphia, PA 19178-7281 (800) 645-3370 | Raw Steel | | 162,363.92 |
| Pearson Fastener 1400 Samuelson Road Rockford, IL 61109-3607 | Barb Linder 1400 Samuelson Road Rockford, IL 61109-3607 (815) 397-4460 | Cold Headed Parts | | 139,817.09 |
| Precision Resource P.O. Box 99850 Chicago, IL 60696-7650 | Sharon Butler P.O. Box 99850 Chicago, IL 60696-7650 (847) 383-1321 | Feinblanking and Broaching | | 564,694.82 |
| Rockford Tool & Mfg. Co. 3023 Eastrock Court Rockford, IL 61109 | Gary McGregor Rockford Tool & Mfg. Co. 3023 Eastrock Court Rockford, IL 61109 (815) 398-5876 | Tool Room Supplies | | 90,197.08 |
| Samuel Specialty Metals P.O. Box 641427 Pittsburgh, PA 15264-1427 | Dave Wakeman P.O. Box 641427 Pittsburgh, PA 15264-1427 (800) 836-3671 | Raw Steel | | 245,594.84 |
| Shanghai Winner Science Room 602, Building 4 257 Lane, Dalian West Road Shanghai, CHINA 200081 | Tony Wang 257 Lane, Dalian West Road Room 602, Building 4 Shanghai, CHINA 200081 011-86-136-019-121-04 (Int'l No.) | Purchased Parts for Finished Goods | | 597,177.65 |
| Spring Dynamics Inc. P.O. Box 33321 Drawer No. 75 Detroit, MI 48232 | Jeff Marco P.O. Box 33321 Drawer No. 75 Detroit, MI 48232 (810) 798-2622 | Clock Springs | | 145,644.62 |
| Steel Technologies 15166 Collections Center Drive Chicago, IL 60693 | Richy Hann 15166 Collections Center Drive Chicago, IL 60693 (502) 815-0188 | Steel Coils | | 138,902.33 |
| TSM Inc. 6859 Belford Industrial Drive Belvidere, IL 61008 | Thom Anderson 6859 Belford Industrial Drive Belvidere, IL 61008 (815) 544-5012 | Tool Building | | 93,968.00 |

In re  **Modern Metal Products Co.**                                          Case No. _____

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Virtual Engineering<br>24000 Greater Mack Av.<br>Saint Clair Shores, MI 48080 | Steve Kennel<br>24000 Greater Mack Av.<br>Saint Clair Shores, MI 48080<br>(734) 416-3350 | Outside Engineering Costs, Sales Representative Commissions | | 342,355.27 |
| Vision Plastic Inc.<br>P.O. Box 409<br>Delavan, WI 53115 | Teri Krueger<br>P.O. Box 409<br>Delavan, WI 53115<br>(262) 728-3270 ext. 23 | Plastic and Insert Parts | | 157,911.11 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 1, 2008**                    Signature  **/s/ David Ewing**
                                                         **David Ewing**
                                                         **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.