# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MODERN METAL PRODUCTS CO. | ) | Case No. 08-73908 |
| | ) | Hon. Manuel Barbosa |
| Debtor. | ) | |
| | ) | Hearing Date: December 17, 2008 |
| | ) | Hearing Time: 10:30 a.m. |

## NOTICE OF FINAL HEARING
## ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL ON AN EMERGENCY BASIS; (B) INCUR POSTPETITION DEBT ON AN EMERGENCY BASIS; (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY AND OTHER RELIEF TO JPMORGAN CHASE BANK, N.A.; AND (D) GRANT RELATED RELIEF

To:   See Attached Service List

PLEASE TAKE NOTICE AS FOLLOWS:

1.   On December 1, 2008 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Since then, the Debtor has remained in possession of its assets and has continued operating its business as a debtor in possession within the meaning of 11 U.S.C. § 1101(1) and pursuant to 11 U.S.C. §§ 1107 and 1108. As a debtor in possession, the Debtor has substantially all of the rights, powers and duties of a trustee appointed under chapter 11 of the Bankruptcy Code. 11 U.S.C. § 1107(a).

2.   On the Petition Date, the Debtor also filed a Motion For An Order Authorizing Debtor To: (A) Use Cash Collateral On An Emergency Basis; (B) Incur Postpetition Debt On An Emergency Basis; (C) Grant Adequate Protection And Provide Security And Other Relief To JPMorgan Chase Bank, N.A.; And (D) Grant Related Relief. A copy of the Motion was previously served upon the Debtor's 20 Largest Unsecured Creditors and other parties in interest.

3.   On December 3, 2008, the Honorable Manuel Barbosa entered an Order Authorizing Debtor To: (A) Use Cash Collateral On An Emergency Basis; (B) Incur Postpetition Debt On An Emergency Basis; (C) Grant Adequate Protection And Provide Security And Other Relief To JPMorgan Chase Bank, N.A.; And (D) Grant Related Relief (the "Interim Order") granting the relief requested in the Motion and scheduling a Final Hearing (the "Final Hearing") on the Motion on one (1) day shortened notice. A copy of the Interim Order (with a copy of the budget attached thereto) is enclosed with this Notice.

1275292-1

4. For the reasons stated in the Motion, the Debtor seeks the entry of a final order on the Motion in a form substantially similar to the Interim Order but modified to reflect the relief that the Debtor has requested on a final basis (the "Proposed Final Order").

5. On Wednesday, December 17, 2008, at 10:30 a.m. or as soon thereafter as counsel may be heard (Chicago time), the Final Hearing on the Motion and the relief requested therein and anticipated in the Proposed Final Order shall be held in Courtroom 115, 211 South Court Street, Rockford, Illinois before the Honorable Judge Manuel Barbosa or any Judge sitting in his stead. Such hearing may be continued from time to time without further notice other than by announcement in open court.

6. Objections, if any, to the Motion and the relief requested therein and anticipated in the Proposed Final Order must be in writing to be considered by the Court and shall be filed with the Clerk of the United States Bankruptcy Court no later than seventy-two (72) hours prior to the commencement of the Final Hearing, which objection shall also be served upon the following parties such that it is actually received seventy-two (72) hours or more prior to the commencement of the Final Hearing: the Office of the United States Trustee, Carole Ryczek; counsel for the Debtor; counsel for Chase; the Debtor's twenty largest unsecured creditors; counsel for Lear Corp.; counsel for Johnson Controls, Inc.; counsel for Bridgewater; and counsel for Magna Seating, all of whose addresses are provided on the attached service list.

7. If no objections are timely filed, the Proposed Final Order may be entered without any further action of the Court.

Dated: December 5, 2008                     Respectfully submitted,

                                            MODERN METAL PRODUCTS CO., Debtor


                                            By:___/s/ R. Scott Alsterda_____
                                                  One of its attorneys

OF COUNSEL:

R. Scott Alsterda (ARDC No. 3126771)
Jeffrey H. Bergman (ARDC No. 6194442)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
312-977-9203
312-977-4405 (Fax)
rsalsterda@uhlaw.com (email)
jhbergman@uhlaw.com (email)

# **CERTIFICATE OF SERVICE**

     I, R. Scott Alsterda, the undersigned attorney, hereby certify that a true and correct copy of the foregoing Notice Of Final Hearing and attached Interim Order was served upon the individuals identified below via CM/ECF on December 5, 2008.

Zachary J. Garrett (zachary.garrett@goldbergkohn.com)
Goldberg Kohn
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603-5792
(312) 201-4000

Jamie S. Cassel (jsc@renozahm.com)
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, Illinois 61107
(815) 987-4050

Michael J. Bennett (mbennett@lhlawfirm.com)
Lichtsinn & Haensel, s.c.
111 East Wisconsin Avenue
Suite 1800
Milwaukee, Wisconsin 53202
(414) 276-3400

and upon the individuals on the attached Service List(s) via first class U.S. Mail, postage prepaid before the hour of 5:00 p.m. on December 5, 2008.

                                    SEE ATTACHED SERVICE LIST

                                      /s/    R. Scott Alsterda
                                           One of the Attorneys for the Debtor

## MASTER SERVICE LIST
In re Modern Metal Products Co. – Case No. 08-B-73908

United States Trustee
Attn: Carole Ryczek, Esq.
(carole.ryczek@usdoj.gov)
District Office
780 Regent Street
Suite 304
Madison, WI 53715
Tel: (608) 264-5522
Fax: (608) 264-5182

*Attorney for Bridgewater*
James A. Plemmons
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Fax: (313) 223-3598

*Attorney for Johnson Controls Inc.*
James A. Plemmons
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Fax: (313) 223-3598

*Attorney for JPMorgan Chase*
Jeremy M. Downs, Esq.
Goldberg Kohn
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603-5792
Tel: (312) 201-3893
Fax: (312) 863-7893
Email: Jeremy.Downs@goldbergkohn.com

*Attorney for Lear Corp.*
Robert J. Diehl, Jr.
Bodman LLP
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
Fax: (313) 393-7579

*Attorney for Lexington Steel Corporation*
John T. McEnroe
Stephanie K. Hor-Chen
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601
Tel: (312) 609-7500
Fax: 609-5005

*Attorney for Magna Seating*
Kristi A. Katsma
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Fax: (313) 223-3598

*Local Attorneys for:*
*Bridgewater Interiors, LLC*
*Johnson Controls, Inc.*
*Magna International, Inc.*
Jamie S. Cassel
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
Tel.: (815) 987-4050
Fax: (815) 987-4092
Email: jsc@renozahm.com

*Attorney for Vision Plastics, Inc.*
Michael J. Bennett
Lichtsinn & Haensel, s.c.
111 East Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202
Tel: (414) 276-3400
Fax: (414) 276-9278
Email: mbennett@lhlawfirm.com

*Attorney for GFM Corporation*
Robert A. Peurach
Dakmak Peurach PC
615 Griswold Street
Suite 600
Detroit, MI 48226
Email: rpeurach@gdakmak.com

## 20 LARGEST CREDITORS SERVICE LIST
In re Modern Metal Products Co. – Case No. 08-B-73908

Applied Tech Industries
Attn: M. Holloway
50271 East Russell Schmidt
Chesterfield, MI 48051
Tel.: (586) 949-2735
Fax: (586) 949-2700
Email: mholloway@appliedtechind.com

Coilplus-Connecticut
Attn: Lynn Haggerty
240 Huntingdon Avenue
Waterbury, MA 06723
Tel.: (203) 597-5115
Fax: (203) 756-6058

Endpoint Inc.
Attn: Greg Nausner
1319 Cunningham Street
Rockford, IL 61102
Tel.: (815) 962-4910
Fax: (815) 962-0308
Email: greg@endpointinc.com

GFM Corporation
Attn: Dan Honer
15585 Sturgeon
Roseville, MI 48066
Tel.: (586) 777-4542
Fax: (586) 779-3499
Email: danielhoner@gfmcorp.com

International Manufacturing Solutions
Attn: K. Alan Russell
Calle Mayas 7710
Parque Indust. Fernandez,
Cd. Juarz
Chihuahua, Mexico
Tel.: (915) 534-4252
Fax: (915) 534-0205

Joseph T. Ryerson & Son, Inc.
Attn: Abe Airoso
500 Ross Street 154-0456
Pittsburgh, PA 15251
Tel.: (978) 784-2800
Fax: (978) 784-2880

Korean Modern Metal Co. Ltd.
Attn: C.H. Kim
#155 Chogok-RI, Jangma-Myeon
Changnyeong-gun, Gyeongsangnamdo
South Korea
Tel.: 055-521-3081 (Int'l)
Email: develop@dkaustech.com
          Attn: Ricky

Lexington Steel
Attn: Bob Phillips
1998 Reliable Parkway
Chicago, IL 60686
Tel.: (708) 325-1911
Fax: (708) 594-5233

Manufacturas Estampadas, S.A.
Attn: Johana Torres
Juan Ruiz de Alarcon 305
Complejo Industrial
Chihuahua
Chihuahua, CHIH Mexico
31109
Tel.: 52-14-811499 (Int'l)
Fax: 011-526-144-811961

O'Neal Flat Rolled Metals
Attn: Tim, Purchasing Dept.
1 Fitzgerald Avenue
Monroe Township, NJ 08831
Tel.: (800) 645-3370
Fax: (609) 395-9555

Pearson Fastener
Attn: Barb Linder
1400 Samuelson Road
Rockford, IL 61109-3607
Tel.: (815) 397-4460
Fax: (815) 398-3250


Precision Resource
Attn: Sharon Butler
700 Hickory Hills Ave.
Vernon Hills, IL 60061
Tel.: (847) 383-1321
Fax: (847) 821-8818
Email:
Sharon.butler@precisionresource.com


Rockford Tool & Mfg.
Attn: Gary McGregor
3023 Eastrock Court
Rockford, IL 61109
Tel: (815) 398-5876
Fax: (815) 398-5673


Samuel Specialty Metals
Attn: Dave Wakeman
21 Marway Circle
Rochester, NY 14624
Tel.: (800) 836-3671
Fax: (585) 426-8198


Shanghai Winner Science
Attn: Tony Wang
257 Lane, Dalian West Road
Room 602, Building 4
Shanghai, CHINA 200081
Tel.: 011-86-136-019-121-04 (Int'l)
Email: twang@china.com

Spring Dynamics Inc.
Attn: Jeff Marco
7378 Research Drive
Almont, Michigan 48003
Tel.: (810) 798-2622
Fax: (810) 798-2902


Steel Technologies
Attn: Michelle Mees Harper, Esq.
15415 Shelbyville Road
Louisville, KY 40245
Tel.: (502) 815-7709
Fax: (502) 254-0203
Email: mharper@steeltechnologies.com


TSM Inc.
Attn: Thom Anderson
6859 Belford Industrial Drive
Belvidere, IL 61008
Tel.: (815) 544-5012
Fax: (815) 544-6706


Virtual Engineering
Attn: Steve Kennel
24000 Greater Mack Ave.
Saint Clair Shores, MI 48080
Tel.: (734) 416-3350
Fax: (734) 416-3332
Email: steve@veng.com


Vision Plastic Inc.
Attn: Teri Krueger
333 Hallberg Street
Delavan, WI 53115
Tel.: (262) 728-3270 ext. 23
Fax: (262) 728-3269


1271448-4