In re: Modern Metal Products Co. (Case No. 08-B-73908)

**Debtor's Final § 503(b)(9) Report**

| 503(b)(9) Claimant | Response to Debtor Objection? | Total Claim Amount | 503(b)(9) Amount Allowed | 503(b)(9) Amount Disallowed | Narrative Explanation |
|---|---|---|---|---|---|
| Atlantic Steel & Processing, LLC | N | $ 450.00 | $ 450.00 | $ - | |
| Atlas Pressed Metals | N | $ 4,308.84 | $ 4,289.16 | $ 19.68 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| BRC Rubber & Plastics, Inc. | N | $ 4,427.20 | $ 4,427.20 | $ - | |
| Constellation NewEnergy - Gas Division, LLC | Y | $ 9,086.43 | $ 6,814.82 | $ 2,271.61 | Claimant and Debtor have resolved all disputed amounts. |
| Continental International | N | $ 30.71 | $ 25.30 | $ 5.41 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| Dynacast Inc. | N | $ 5,014.16 | $ 4,313.59 | $ 700.57 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| End Point, Inc. | N | $ 64,291.04 | $ 23,467.75 | $ 40,823.29 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| Fansteel American Sintered Technologies | N | $ 732.18 | $ 650.83 | $ 81.35 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| Fasco, Inc. | N | $ 26,747.39 | $ 1,562.03 | $ 25,185.36 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| Fitzgerald Equipment Co. | N | $ 1,714.36 | $ 66.56 | $ 1,647.80 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| GfM Corporation | Y | $ 22,556.77 | $ 22,556.77 | $ - | |
| Helsper Sewing Corp. | N | $ 10,153.77 | $ 4,734.00 | $ 5,419.77 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| K-I Machine Tool & Production, Inc. | N | $ 22,739.71 | $ 3,038.95 | $ 19,700.76 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| Korea Modern Metal Co., Ltd. | Y | $ 239,882.50 | $ 239,882.50 | $ - | Determined to be allowed [Dkt. No. 377]. |
| Lexington Steel Corp. | n/a | $ 199,833.87 | $ 199,833.87 | $ - | |
| Merrill Industries, Inc. | N | $ 5,672.83 | $ 1,473.25 | $ 4,199.58 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| O'Neal Flat Rolled Metals | N | $ 30,762.27 | $ 30,762.27 | $ - | Claimant and Debtor have resolved all disputed amounts. |
| Packaging Specialties, Inc. | N | $ 5,891.49 | $ 4,442.85 | $ 1,448.64 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |

*In re: Modern Metal Products Co.* (Case No. 08-B-73908)

| 503(b)(9) Claimant | Response to Debtor Objection? | Total Claim Amount | 503(b)(9) Amount Allowed | 503(b)(9) Amount Disallowed | Narrative Explanation |
|---|---|---|---|---|---|
| PMP Americas, Inc. | N | $ 900.00 | $ 900.00 | $ - | |
| Precision Resource, Inc. | N | $ 85,051.03 | $ 84,551.03 | $ 500.00 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| Principal Manufacturing Corp. | n/a | $ 19,081.72 | $ 19,081.72 | $ - | Determined to be allowed prior to Debtor's 503(b)(9) Report [Dkt. Nos. 218-219]. |
| Specialty Screw Corp. | N | $ 4,278.12 | $ 4,278.12 | $ - | |
| Steel Technologies Inc. | N | $ 53,893.50 | $ 53,893.50 | $ - | |
| Steiner Electric Company | N | $ 629.55 | $ 586.99 | $ 42.56 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| Ultra Motion LLC | N | $ 1,465.00 | $ 1,065.00 | $ 400.00 | No response to Debtor's 503(b)(9) Report [Dkt. No. 252]. |
| Vision Plastics, Inc. | Y | $ 42,163.01 | $ 28,370.60 | $ 13,792.41 | Resolved by Stipulation and Agreed Order [Dkt. No. 424] |
| Warren Screw Products | N | $ 7,121.13 | $ 7,121.13 | $ - | |
| Worthington Steel Company | N | $ 14,084.16 | $ 14,084.16 | $ - | |
| **Total of Allowed 503(b)(9) Claims:** | | | **$ 766,723.95** | | |