UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   08-73908 |
| MODERN METAL PRODUCTS CO., | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| Debtor(s) | ) | |

## ORDER

THIS MATTER having come before this Court on the status of the Objection to Claim Number 177 and the adversary proceeding against Virtual Engineering, Inc., and with the Court being fully advised in the premises,

IT IS HEREBY ORDERED as follows:

1. All fact and expert discovery to be completed by and including June 30, 2014.

2. Both proceedings are set for a final pre-trial conference on July 9, 2014 at 11:30 a.m., at which time the trial date will be set.

3. The parties are to promptly exchange exhibit lists, witness lists and all fact stipulations for both proceedings.

Enter:

Dated: JUN 11 2014

United States Bankruptcy Judge

**Prepared by:**
Daniel M. Donahue
McGreevy Williams, PC
6735 Vistagreen Way
POB 2903
Rockford, IL  61132-2903
815/639-3700
815/639-9400 (fax)

Rev: 20130103_bko