UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

In Re: )  BK No.: 08-73908
MODERN METAL PRODUCTS CO., )
)  Chapter: 7
)
)  Honorable Thomas M. Lynch
)
)
Debtor(s) )

**ORDER ON TRUSTEE'S MOTION FOR APPROVAL
TO PAY PRIORITY WAGE CLAIMS**

THIS MATTER coming before this Court on the Trustee's Motion for Approval to Pay Priority Wage Claims, and with the Court being fully advised in the premises,

IT IS HEREBY ORDERED as follows:

1. Claim number 99 filed by Michael Canciamille is allowed as a priority wage claim in the amount of $1,961.54.

2. Claim number 108 filed by Dale Hicks is allowed as a priority wage claim in the amount of $5,154.00.

3. Claim number 138 filed by Mark Bolin is allowed as a priority wage claim in the amount of $1,594.28 (commission claim).

4. Claim number 184 filed by Sheila Roberts is allowed as a priority wage claim in the amount of $6,875.00.

5. Claim number 248 filed by Barbara Jean Hunt is allowed as a priority wage claim in the amount of $2,559.96.

6. Claim number 249 filed by Luba L. Huntress is allowed as a priority wage claim in the amount of $2,640.00.

7. Claim number 250 filed by Julie McCord is allowed as a priority wage claim in the amount of $3,000.00.

8. Claim number 301 filed by Brita Workman is allowed as a priority wage claim in the amount of $1,620.00.

9. Claim number 341 filed by Lillian M. Quam is allowed as a priority wage claim in the amount of $1,560.00.

10. Claim number 253 filed by Sharon J. Heberlein is allowed as a priority wage claim in the amount of $3,045.24.

11. Claim number 328 filed by Rosalie Burdick is allowed as a priority wage claim in the amount of

$2,760.00.

    12. Claim number 335 filed by Victor Muniz is allowed as a priority wage claim in the amount of $630.00.

    13. Claim number 308 filed by Holli Boreham is allowed as a priority wage claim in the amount of $1,680.00.

    14. Claim number 257 filed by Marilyn M. Flores is allowed as a priority wage claim in the amount of $2,360.00.

    15. Claim number 258 filed by Svetlana Mitrovic is allowed as a priority wage claim $1,000.00.

    16. Claim number 259 filed by Cynthia Conklin is allowed as a priority wage claim in the amount of $2,820.60.

    17. Claim number 362 filed by Tabatha L. Bradford is allowed as a priority wage claim $660.00.

    18. Claim number 327 filed by Sherry Redmond is allowed as a priority wage claim in the amount of $2,400.00.

    19. Claim number 262 filed by Karen J. Johnson is allowed as a priority wage claim in the amount of $2,640.00.

    20. Claim number 263 filed by Grant S. Johnson is allowed as a priority wage claim in the amount of $2,891.04.

    21. Claim number 264 filed by Donna L. Chadwick is allowed as a priority wage claim in the amount of $2,826.24.

    22. Claim number 265 filed by Tony L. Sedbrook is allowed as a priority wage claim in the amount of $1,600.00.

    23. Claim number 266 filed by Sao Hokoth is allowed as a priority wage claim $2,950.00.

    24. Claim number 267 filed by Margie L. Brown is allowed as a priority wage claim in the amount of $1,757.25.

    25. Claim number 268 filed by Martaha Bridgeland is allowed as a priority wage claim in the amount of $2,800.00.

    26. Claim number 269 filed by Sherry Lemke is allowed as a priority wage claim in the amount of $720.00.

    27. Claim number 270 filed by Michele Waters is allowed as a priority wage claim in the amount of $2,326.00.

    28. Claim number 359 filed by Joree Lake is allowed as a priority wage claim in the amount of $1,320.00.

29. Claim number 272 filed by Linda Heisel is allowed as a priority wage claim in the amount of $900.00.

30. Claim number 273 filed by Cynthia Johnson is allowed as a priority wage claim in the amount of $2,639.43.

31. Claim number 274 filed by Elizabeth Ellis is allowed as a priority wage claim in the amount of $1,740.00.

32. Claim number 275 filed by Holly A. Dutenhafer is allowed as a priority wage claim in the amount of $1,963.40.

33. Claim number 276 filed by Elaine M. Furgason is allowed as a priority wage claim in the amount of $1,906.96.

34. Claim number 277 filed by Shonteda Carter, is allowed as a priority wage claim in the amount of $780.00.

35. Claim number 278 filed by Pedro De Los Santos is allowed as a priority wage claim in the amount of $900.00.

36. Claim number 279 filed by Anthony Sanders is allowed as a priority wage claim in the amount of $1,000.00.

37. Claim number 280 filed by Jeffrey Dunbar is allowed as a priority wage claim in the amount of $1,500.88.

38. Claim number 281 filed by Laura L. Beach is allowed as a priority wage claim in the amount of $895.68.

39. Claim number 282 filed by Stephen R. Jordan is allowed as a priority wage claim in the amount of $2,250.00.

40. Claim number 320 filed by Clinton J. Walker is allowed as a priority wage claim in the amount of $571.20.

41. Claim number 319 filed by Robert J. Cotton is allowed as a priority wage claim in the amount of $1,017.36.

42. Claim number 285 filed by Dennis Hanley is allowed as a priority wage claim in the amount of $1,116.00.

43. Claim number 370 filed by Rebecca Jones is allowed as a priority wage claim in the amount of $1,680.00

44. Claim number 289 filed by Barbara A. Davis is allowed as a priority wage claim in the amount of $2,500.00.

45. Claim number 361 filed Ann Bridgewater is allowed as a priority wage claim in the amount of $1,776.32.

46. Claim number 291 filed by Keooudom Sibounheuang is allowed as a priority wage claim in the amount of $4,999.00.

47. Claim number 292 filed by Uwe Ebert is allowed as a priority wage claim in the amount of $1,824.48.

48. Claim number 293 filed by Roman Piskorowski is allowed as a priority wage claim in the amount of $1,620.00.

49. Claim number 364 filed by Charles Blum is allowed as a priority wage claim in the amount of $2,104.00.

50. Claim number 365 filed by Rita K. Pierce-Burkhamer is allowed as a priority wage claim in the amount of $788.00.

51. Claim number 300 filed by Vicky Kelley is allowed as a priority wage claim in the amount of $1,635.20.

52. Claim number 302 filed by Donald Leni is allowed as a priority wage claim in the amount of $1,936.80.

53. Claim number 304 filed by Beth Norris is allowed as a priority wage claim in the amount of $454.80.

54. Claim number 305 filed by Eric Ostander is allowed as a priority wage claim in the amount of $1,420.00.

55. Claim number 317 filed by Joseph Kaszczuk is allowed as a priority wage claim in the amount of $2,357.76.

56. Claim number 323 filed by David Hepler is allowed as a priority wage claim in the amount of $1,400.00.

57. Claim number 324 filed by Ofelia Radcliffe is allowed as a priority wage claim in the amount of $2,794.54.

58. Claim number 332 filed by Gary Hamby is allowed as a priority wage claim in the amount of $2,937.50.

59. Claim number 345 filed by Vernie Blake is allowed as a priority wage claim in the amount of $1,857.21.

60. Claim number 349 filed by Michael Henderson is allowed as a priority wage claim in the amount of $1,102.93.

61. Claim number 350 filed by Susan Strawbridge is allowed as a priority wage claim in the amount of $1,123.84.

62. Claim number 352 filed by Jerome Dutenhafer is allowed as a priority wage claim in the amount

of $4,000.00.

    63. Claim number 356 filed by Belinda Nelson is allowed as a priority wage claim in the amount of $1,223.92.

    64. Claim number 358 filed by Wayne Ruf is allowed as a priority wage claim in the amount of $590.00.

    65. Claim number 366 filed by Sandra Gonzalez is allowed as a priority wage claim in the amount of $1,800.00.

    66. Claim number 368 filed by Terry Lofgren is allowed as a priority wage claim in the amount of $3,375.06.

    67. Claim number 372 filed by Timothy Boustead is allowed as a priority wage claim in the amount of $3,843.00.

    68. Claim number 376 filed by Linda Ellison is allowed as a priority wage claim in the amount of $1,602.00.

    69. Claim number 378 filed by Mark Preston is allowed as a priority wage claim in the amount of $1,200.00.

    70. Claim number 386 filed by Juana Chavez is allowed as a priority wage claim in the amount of $660.00.

    71. Claim number 387 filed by Vojislav Vazic is allowed as a priority wage claim in the amount of $2,059.20.

    72. Claim number 388 filed by Virginia Reyes DeLaTorre is allowed as a priority wage claim in the amount of $300.00.

    73. Claim number 389 filed by Miro Rozic is allowed as a priority wage claim in the amount of $1,377.55.

    74. Claim number 390 filed by Savo Gligorevic is allowed as a priority wage claim in the amount of $1,065.00.

    75. Claim number 391 filed by Milorad Kuljanin is allowed as a priority wage claim in the amount of $1,796.90.

    76. Claim number 392 filed by Soung Soumpholphakdy is allowed as a priority wage claim in the amount of $1,809.00.

    77. Claim number 393 filed by Zoran Marunic is allowed as a priority wage claim in the amount of$1,567.63.

    78. Claim number 394 filed by Ljubinko Josipovic is allowed as a priority wage claim in the amount of $275.00.

79. Claim number 395 filed by Drangen Todic is allowed as a priority wage claim in the amount of $1,208.79.

80. Claim number 396 filed by Nedeljko Radovanovic is allowed as a priority wage claim in the amount of $1,066.49.

81. Claim number 397 filed by Zoila Moreno is allowed as a priority wage claim in the amount of $1,800.00.

82. Claim number 400 filed by Mirjana Karan is allowed as a priority wage claim in the amount of $1,606.92.

83. Claim number 401 filed by Vasilija Mitrovic is allowed as a priority wage claim in the amount of $1,455.63.

84. Claim number 402 filed by Clementina Rivera is allowed as a priority wage claim in the amount of $1,260.00.

IT IS FURTHER ORDERED that the following claims are disallowed:

1. Claim number 139 filed by Martin Gallardo.
2. Claim number 251 filed by Brita Workman.
3. Claim number 252 filed by Lillian Quam.
4. Claim number 254 filed by Rosalie Burdick.
5. Claim number 255 filed by Victor Muniz.
6. Claim number 256 filed by Holli Boreham.
7. Claim number 260 filed by Tabatha L. Bradford.
8. Claim number 261 filed by Sherry Redmond.
9. Claim number 271 filed by Joree Lake.
10. Claim number 283 filed by Clinton J. Walker.
11. Claim number 284 filed by Robert J. Cotton.
12. Claim number 288 filed by Rebecca Jones.
13. Claim number 290 filed by Ann Bridgewater.
14. Claim number 294 filed by Charles Blum.
15. Claim number 295 filed by Rita K. Pierce-Burkhamer.
16. Claim number 297 filed by Barbara A. Davis
17. Claim number 298 filed by Jeffrey Dunbar.
18. Claim number 299 filed by Laura L. Beach.
19. Claim number 309 filed by Michele Waters.
20. Claim number 313 filed by Elizabeth Ellis.
21. Claim number 321 filed by Anthony Sanders.
22. Claim number 322 filed by Dennis Hanley.
23. Claim number 329 filed by Sao Hokoth.
24. Claim number 334 filed by Marilyn Flores.
25. Claim number 336 filed by Uwe Ebert.
26. Claim number 337 filed by Pedro De Los Santos.
27. Claim number 375 filed by Donna L. Chadwick

Enter: *[signature: Thomas M. Lynch]*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: February 23, 2015

**Prepared by:**

Daniel M. Donahue
McGreevy Williams, P.C.
6735 Vistagreen Way
P.O. Box 2903
Rockford, IL 61132-2903
815/639-3700
815/639-9400 (fax)