UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                              )
                                                    )
MODERN METAL PRODUCTS CO.,                          )    NO. 08-73908
                                                    )
        Debtor.                                     )

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

Daniel M. Donahue, Trustee ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The Debtor filed for relief pursuant to Chapter 11 of Title 11 on December 1, 2008.

2. The matter was converted to Chapter 7 of Title 11 on January 11, 2010.

3. The first meeting of creditors was completed on March 17, 2010.

4. Daniel M. Donahue is the current and acting Trustee.

5. On October 8, 2015, Trustee sent wage claim checks via U.S. Mail to numerous claimants pursuant to the Order entered on February 23, 2015.

6. The wage claim check to Joseph Kaszczuk remained uncashed.

7. By reason of the foregoing, the Trustee has stopped payment on the wage claim check and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

| | |
|---|---|
| _3/15/16_ | /s/ Daniel M. Donahue |
| Date | Daniel M. Donahue, Trustee |

Daniel M. Donahue
McGreevy Williams, P.C.
6735 Vistagreen Way
Rockford, IL  61132-2903
815/639-3700